# CRIMINAL CAUSE FOR ARRAIGNMENT/INITIAL APPEARANCE

**BEFORE:** A. Kathleen Tomlinson, U.S.M.J.  **DATE:** 9-24-2014  **TIME:** 3:00 p.m.  (32 minutes)

**DOCKET #:** MJ-14-835-AKT  **CAPTION:** USA v. Grief

**DEFENDANT:** Christopher Grief  **COUNSEL:** Tracey Gaffey
 X  Present  ___ Not Present  X  In custody  ___ Bail  ___ CJA  ___ Retained  X  Federal Defenders

**A.U.S.A.:** Allen Bode  **INTERPRETER:** N/A  (sworn/affirms)
**LANGUAGE:**_____

**COURT REPORTER:** N/A  **PRETRIAL REPORT PREPARED BY:** Robert Stehle
 X present  ___ not present

**FTR:** 3:54-4:26  **COURTROOM DEPUTY:** Mary Ryan

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT  ★ SEP 24 2014 ★  LONG ISLAND OFFICE

 X   Defendant(s) arraigned on the Complaint AND OTICE

 X   Defendant(s) initial appearance.

___  Waiver of Speedy Indictment executed: Time excluded from _____ to _____

___  Preliminary Hearing Scheduled for: _____ At _____ before _____

 X   Preliminary Hearing Waived. Waiver executed.

___  Order Setting Conditions of Release and Bond entered for defendant(s). Special conditions apply. See bond for details.

___  Bail set for: _____

___  Temporary Order of Detention entered for defendant (s): _____

___  Detention Hearing scheduled for: _____ at _____ **before Magistrate Judge A. Kathleen Tomlinson.**

 X   Permanent Order of Detention entered for defendant.

___  Removal Proceeding: ___Yes ___No

___  Commitment to Another District executed.

___  Waiver of Rule 40 Hearing.

___  Status Conference set for: _____

___  Defendant(s) _____ continued on Bond.

 X   Defendant remains in custody.

___  Defendant released on bond.

**OTHER:**

Agent sworn as to complaint.

Tracey Gaffey (Fed. Def.) appointed counsel for defendant.

Pretrial to arrange for a mental health evaluation from an independent psychiatrist. The Court has directed examination and written evaluation within 21 days.

No bail package presented at this time.