AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| United States of America | ) ) ) |
| v. | ) ) ) Case No. MJ-14-835-AKT |
| **CHRISTOPHER GRIEF**<br>*Defendant* | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: Sep 24, 2014

*Defendant's signature*

*Signature of defendant's attorney*

Tracey Gaffey
*Printed name and bar number of defendant's attorney*

Federal Defenders of New York, Inc.
460 Federal Plaza
New York, NY 11722
*Address of defendant's attorney*

tracey_gaffey@fd.org
*E-mail address of defendant's attorney*

631-712-6500
*Telephone number of defendant's attorney*

631-712-6505
*FAX number of defendant's attorney*